AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Debevoise, Dickinson R | District Court - New Jersey | 4/8/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address<br><br>MLK, Jr. Federal Bldg. & Court<br><br>50 Walnut Street<br><br>Newark, New Jersey 07102-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Past Director | Columbia Law School Association |
| 3. Vice President and Director | N.J. Institute for Social Justice (Non-Profit Charitable Foundation) |
| 4. Member Emeritus Board of Visitors | Columbia Law School |
| 5. Co-chair | Advisory Panel Greater Newark Health Systems Survey |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 13 A 10: 05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | K | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | T | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | C | None | K | K | | | | | |
| 5. Wachovia Bank, Newark, NJ | A | None | K | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 | A | Interest | T | T | See PartVIII | | | | |
| 7. Nuveen Bond Fund, Unit 522 | A | Interest | T | T | | | | | |
| 8. Williams College Pooled Income Fund #3 | A | Interest | T | T | See PartVIII | | | | |
| 9. Nuveen Bond Fund, Unit 527 | A | Interest | T | T | | | | | |
| 10. Wachovia Bank, Millburn, NJ | A | None | T | T | | | | | |
| 11. Nuveen Bond Fund, Unit 304 | A | Interest | K | T | | | | | |
| 12. Units Muni Sr 040 IHU TR. FD. | B | Interest | K | T | Sold | Var | K | A | |
| 13. N.J. State Due 8/1/20 | B | Interest | K | T | | | K | A | |
| 14. So. Jersey Transit Auth. 11/01/09 | B | Interest | T | K | | | T | K | |
| 15. N.J. Health Care Auth. 01/01/09 | B | Interest | K | T | | | K | A | |
| 16. Monmouth Cty. Imp. Auth. 12/01/12 | B | Interest | K | T | | | K | A | |
| 17. N.J. Health Care Auth. 07/01/10 | B | Interest | K | K | | | K | A | |
| 18. Lopatcong Twp. 7/15/22 | B | Interest | K | T | | | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ▮▮ N.J. Tpk. Auth. 01/01/24 | A | Interest | J | | Sold | 3/12 | L | A | |
| 20. Winslow Twp. Bd. Of. Ed. 08/01/19 | B | Interest | K | | | | L | | |
| 21. Fleet Bank Brunswick, ME | | Interest | J | | | | L | | |
| 22. ▮▮ Trust See VIII | | Div. & Int. | | | | | | | |
| 23. Blackrock Funds NJ. Tax Free Bonds | | | | | ptsale | 9/13 | O | A | |
| 24. Blackrock N.J. Munic. (BN) | | | | | Bought | 4/28 | | | |
| 25. -Alltel Corp. Com. | | | | | | | | | |
| 26. -BP PLC | | | | | pt sale | 4/28 | J | D | |
| 27. -Bristol Myers Squibb Com. | | | | | | | | | |
| 28. -FPL Group, Inc. Com. | | | J | | | | | | |
| 29. -Chevron Texaco Corp. Com. | A | | | | pt sale | 4/28 | | D | |
| 30. -Deere & Co. Com. | | | J | | pt sale | 4/28 | K | E | |
| 31. -Chubb Corp. Com. | | | | K | Sold | 12/17 | K | | |
| 32. -International Paper Com. | | | J | J | | | | | |
| 33. -Mellon Financial Corp. Com. | | | J | K | Sold | 12/17 | K | A | |
| 34. -Peapack Gladstone Financial Corp. | | | J | | pt sale | 4/28 | K | E | |
| 35. -Peapack Gladstone Financial Corp. | A | | J | | pt sale | 12/10 | J | D | |
| 36. -Unilever NU New York Com. | | | J | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Conagra Foods, Inc. Com. | ▓ | ▓ | ▓ | ▓ | Sell ● | 12/17 | ▓ | ▓ | |
| 38. -Roxiticus Golf Club Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 39. -Kimberly-Clark Com. | ▓ | ▓ | ▓ | ▓ | pt sale ● | 9/21 | ▓ | ▓ | |
| 40. Blackrock Money Market Institutional | ▓ | ▓ | ▓ | ▓ | | | ▓ | | |
| 41. ██Hammonton 4.75% due on 7/1/18 | ▓ | ▓ | ▓ | ▓ | | | ▓ | | |
| 42. ██Margate City 4.75% due 2/1/17 | ▓ | ▓ | ▓ | ▓ | | | ▓ | | |
| 43. -Cape May Co. N.J. College due 8/15/16 | ▓ | ▓ | ▓ | ▓ | | | ▓ | | |
| 44. -Con Edison Co. PFD 7/01/41 Series | ▓ | ▓ | ▓ | ▓ | | | ▓ | | |
| 45. -General Dynamics Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 46. -General Electric Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 47. -Gannett Inc. Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 48. -Colgate Palmolive Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 49. -Johnson & Johnson Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 50. -IBM | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 51. -Stryker Corp. Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 52. -Medtronic Inc. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 53. -Varian Medical Systems Com. | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 54. Bank of America | ▓ | ▓ | ▓ | ▓ | Buy | 12/17 | ▓ | ▓ | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Exelon Corp. | | | K | K | Buy | 12/17 | J | | |
| 56. Safeco Corp. | | | K | T | Buy | 12/17 | J | | |
| 57. Sara Lee | | | K | | Buy | 12/17 | J | | |
| 58. Duke Realty Corp. | | | K | | Buy | 4/28 | | | |
| 59. Harbor Fund International | | | T | | Buy | 4/28 | | | |
| 60. Kinder Morgan, Inc. | | | T | T | Buy | 4/28 | | | |
| 61. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | C | Dividend | T | T | | | | | |
| 62. John Hancock GAP V | A | Interest | T | T | | | | | |
| 63. Management account at PNC Bank, See VIII | | | T | T | | | | | |
| 64. ▓Blackrock Money Market Fund | B | Interest | K | T | | | | | |
| 65. ▓Fed. Farm. Credit Bk 6/17/13 | A | Interest | K | T | | | | | |
| 66. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 67. Chevron Texaco Corp. Com. | B | Dividend | K | T | StckSpl▓ | 9/13 | | | |
| 68. Johnson & Johnson | A | Dividend | K | K | | | | | |
| 69. Exxon Mobil Corp. Com. | B | Dividend | K | K | pt sale▓ | 4/28 | K | D | |
| 70. ▓N.J. EDL FACS Auth. Due 7/10/20 | B | Interest | K | K | | | | | |
| 71. Blackrock Fund NJ Tax Free #92 | B | Interest | K | T | bought▓ | 5/27 | J | | |
| 72. Blackrock Fund NJ Tax Free #92 | | | K | | bought▓ | 4/26 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. ● Mun. Inv. Tr. FD 89 NJ | C | Interest | J | T | Called | 3/11 | M | A | |
| 74. Gannett, Inc. Com. | A | Dividend | J | T | | | | | |
| 75. Conagra Foods Com. | A | Dividend | J | T | | | | | |
| 76. Unilever NV NY Com | A | Dividend | J | J | | | | | |
| 77. ● Mun. Inv. Tr. Fund 93 NJ | A | Interest | J | | Called | 4/23 | | | |
| 78. IBM Corp. Com. | A | Dividend | J | J | | | | | |
| 79. Washington Mutual Inc. Com. | A | Dividend | J | J | pt sale ● | 4/28 | | | |
| 80. ●Hammonton 4.75% due 7/01/18 | B | Interest | J | J | | | | | |
| 81. ●Margate City 4.75% due 2/01/17 | B | Interest | J | J | | | | | |
| 82. ●Middlesex Co. Due 6/15/18 | B | Interest | J | J | | | | | |
| 83. General Dynamics Corp. Com. | A | Dividend | J | J | | | | | |
| 84. Bank of America Com. | B | Dividend | J | J | StckSplit ● | 8/30 | | | |
| 85. ●Cape May Cnty. 4.50% due 8/15/20 | B | Interest | J | J | | | | | |
| 86. FPL Group, Inc. Com. | C | Dividend | J | J | | | | | |
| 87. ●New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | J | J | | | | | |
| 88. ●Old Bridge Twp. Bd. Of Ed. 4.75% due 7/15/18 | B | Interest | J | J | | | | | |
| 89. Con Edison Co. PFD 7.5% | C | Dividend | J | J | bought | 4/28 | K | | |
| 90. BAC CAP Trust II PFD | B | Dividend | J | J | Bought ● | 4/28 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 4/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Sara Lee Corp. Com | A | Dividend | K | T | Bought | 4/28 | K | | |
| 92. Kinder Morgan, Inc. Com. | A | Dividend | J | T | Bought | 6/01 | J | | |
| 93. Duke Realty Com | A | Dividend | J | T | Bought | 6/01 | J | | |
| 94. Scudder Municipal ● | B | Interst | J | T | Bought | 5/27 | J | | |
| 95. Scudder Municipal ● | B | Interst | J | T | Bought | 4/26 | K | | |
| 96. JP Morgan Chase Cap PFD | A | Dividend | J | T | Bought | 4/28 | J | | |
| 97. Harbor Intrl Fund II | A | Dividend | J | T | Bought | 4/26 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Debevoise, Dickinson R | 4/8/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

From time to time the various Nuveen Funds make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

 Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager puchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2003 values.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Debevoise, Dickinson R | 4/8/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu‌re          Date  _April 8, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544